IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALMCO ADMINISTRATION, LLC<br><br>      Petitioner,<br><br> v.<br><br>FLOWER PAYMENT, INC. (F/K/A FLOWER POWER, INC. and FLOWER POWER CO. LTD. JAPAN A/K/A FLOWER DENRYOKY KABUSHIKI KAISHA)<br><br>      Respondent. | Civil Action No. |

## DECLARATION OF ROBERT PALMESE

I, Robert Palmese, declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am Principal of Petitioner Palmco Administration, LLC ("Palmco").

2. The matters in this Declaration are based on my personal knowledge. If called upon to testify, I could and would testify competently thereto.

3. Annexed as Exhibit A is a true and correct copy of the Membership Interest Purchase Agreement entered into by Palmco, Flower Payment, Inc., and others on November 8, 2019.

4. Annexed as Exhibit B is a true and correct copy of the Partial Final Award issued by the arbitral tribunal on September 22, 2022 in the arbitration proceeding commenced by Palmco against Flower Payment, Inc. and GQA Holdings LLC pursuant to the International Arbitration Rules of the ICDR in force as of March 1, 2021 ("Arbitration").

5. Annexed as Exhibit C is a true and correct copy of the Final Award rendered by the arbitral tribunal in the Arbitration on December 9, 2022.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 18, 2023.

_____
ROBERT PALMESE