```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PALMCO ADMINISTRATION, LLC,

                  Petitioner,

- against -

FLOWER PAYMENT, INC.,

                  Respondent.

**23 Civ. 7409 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    Upon review of the pre-motion letters (see Dkt. Nos. 14, 17) filed by the parties, the Court finds that a pre-motion conference is not warranted. The Court hereby directs the parties to notify the Court, within seven (7) days of the date of this Order, whether the parties request supplemental or full briefing on Respondent's proposed motion to dismiss or whether the parties wish to consent to the Court deeming the pre-motion letters as a fully briefed motion and ruling on the basis of the letters. If the parties request supplemental or full briefing, they shall submit a proposed briefing schedule within seven (7) days of the date of this Order.

    The Clerk of Court is respectfully directed to terminate any motion pending at Docket No. 14.

**SO ORDERED.**

Dated:    16 April 2024
            New York, New York

                                                                        Victor Marrero
                                                                       U.S.D.J.