UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALMCO ADMINISTRATION, LLC<br><br>                  Petitioner,<br><br>v.<br><br>FLOWER PAYMENT, INC. (F/K/A FLOWER POWER, INC. AND FLOWER POWER CO. LTD. JAPAN A/K/A FLOWER DENRYOKY KABUSHIKI KAISHA)<br><br>                  Respondent. | Civil Action No. 1:23-cv-07409-VM<br><br>**AFFIDAVIT OF MARY M. UTTERBACK IN SUPPORT OF PRO HAC VICE ADMISSION** |

I, Mary Margaret Utterback, Esq., hereby declare as follows:

1. I am an attorney in the New York office of the law firm King & Wood Mallesons. I submit this affidavit in support of the application for my admission *pro hac vice* pursuant to Local Rule 1.3 of the United States Courts for the Southern and Eastern Districts of New York.

2. I am a member in good standing of the Bars for the District of Columbia, State of Maryland, and the Commonwealth of Virgina. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. Attached hereto as **Exhibit A** is a true and correct copy of my certificate of good standing in the District of Columbia. Attached hereto as **Exhibit B** is a true and correct copy of my certificate of good standing in the State of Maryland. Attached hereto as **Exhibit C** is a true and correct copy of my certificate of good standing in the Commonwealth of Virginia.

3. In light of the foregoing, I respectfully request on behalf of Respondent, Flower Payment, Inc. (F/K/A Flower Power, Inc. and Flower Power Co. Ltd. Japan A/K/A Flower

Denryoky Kabushiki Kaisha), that I be admitted pro hac vice for the purpose of representing them in this matter in association with New York counsel.

I declare under penalty of perjury under the laws of the United States and State of New York that the foregoing statements made by me are true and correct.

*[Signature]*
Mary Margaret Utterback, Esq.

Dated: June 18, 2024

Andrew Sklar
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02SK6409939
Qualified in Queens County
Commission Expires   October 13, 2024

*[Signature: Andrew Sklar]*