```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PALMCO ADMINISTRATION, LLC,

                Petitioner,

- against -

FLOWER PAYMENT, INC.,

                Respondent.

---

**23 Civ. 7409 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Pending before the Court is Petitioner Palmco Administration, LLC's ("Palmco") Petition to Confirm a Non-Domestic Arbitration Award. (See Dkt. No. 1.). The Court is taking the petition, and Respondent Flower Payment, Inc.'s ("Flower Payment") cross-motion to dismiss the Petition (See Dkt. No. 21) under advisement.

In addition to confirming the award, Petitioner requests attorney's fees incurred in bringing the petition. The Court has not yet reached a decision regarding confirmation of the arbitral award. However, in the event the Court confirms the award, the Court would prefer to dispose of all issues in a single Decision and Order. The Court hereby directs the parties to file submissions on the issue of attorney's fees incurred in bringing the instant petition as follows:

- Petitioner's Application for Fees shall be due by February 10, 2025.

1

- Respondent's Response shall be due by <u>February 18, 2025.</u>

The Parties' submissions should be no longer than ten pages, not including attachments and exhibits. Petitioner should include copies of time records accompanied by an affidavit or affirmation.

**SO ORDERED.**

Dated:    28 January 2025
         New York, New York

_____
Victor Marrero
U.S.D.J.