

King & Wood Mallesons LLP

500 Fifth Avenue
50th Floor
New York NY  10110

**www.kwm.com**

**VIA ECF**

February 18, 2025

Honorable Victor Marrero
United States Courthouse
Southern District of New York
500 Pearl Street, Suite 1610
New York, NY 10007

Re:     *Palmco Administration, LLC v. Flower Payment, Inc.*, Case No. 1:23-cv-07409-VM

Dear Judge Marrero,

We write on behalf of Respondent Flower Payment, Inc. ("**Flower Payment**") to provide a status update as to Flower Payment's positions regarding the pending motion to dismiss (ECF 21) and in response to the Court's order (ECF 32) to file submissions on the issue of attorneys' fees.

We have been instructed by Flower Payment to withdraw the pending motion to dismiss and to take no further action in the instant matter, including as to Petitioner Palmo Administration, LLC's motion for attorneys' fees (ECF 33). Accordingly, we respectfully request that the Court withdraw Flower Payment's pending motion to dismiss and to take this letter as Flower Payment's response to Petitioner's pending motion for attorneys' fees.

Respectfully submitted,

*/s/ M.M. Utterback*
M.M. Utterback (*pro hac vice*)
Vincent Filardo, Jr.
Andrew Sklar
**KING & WOOD MALLESONS LLP**
500 Fifth Avenue, 50th Floor
New York, NY 10110
Telephone: (212) 319-4755
meg.utterback@us.kwm.com
vincent.filardo@us.kwm.com
andrew.sklar@us.kwm.com

*Counsel for Respondent Flower Payment, Inc.*

King & Wood Mallesons LLP is a New York registered limited liability partnership.
Member firm of the King & Wood Mallesons network.  See www.kwm.com for more information.
Asia Pacific   |   Europe   |   North America   |   Middle East