IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALMCO ADMINISTRATION, LLC,<br><br>    Petitioner,<br><br>v.<br><br>FLOWER PAYMENT, INC. (F/K/A FLOWER POWER, INC. AND FLOWER POWER CO. LTD. JAPAN A/K/A FLOWER DENRYOKY KABUSHIKI KAISHA),<br><br>    Respondent. | Civil Action No. 1:23-cv-07409-VM |

**DECLARATION OF ANDREW SKLAR**

I, Andrew Sklar Esq., the undersigned, hereby declare and state under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

    1.    I am an associate in the New York office of the law firm King & Wood Mallesons LLP ("**KWM NY**") and am counsel of record to Respondent, Flower Payment, Inc. ("**Flower Payment**") in the above-referenced matter. My statements set forth herein are based on my personal knowledge.

    2.    I submit this declaration pursuant to S.D.N.Y. Local Rule 1.4 to provide proof of service on Flower Payment of KWM NY's Motion for Leave to Withdraw (ECF 38-39).

    3.    On March 4, 2025, after KWM NY's motion to withdraw was filed, I emailed Flower Payment the as filed Notice of Motion (ECF 38), Proposed Order (38-1), Memorandum of Law in Support of KWM NY's Motion for Leave to Withdraw (ECF 39), and the supporting declaration of Mary M. Utterback (ECF 39-1).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 5, 2025

                                         By:   */s/* Andrew Sklar
                                                    Andrew Sklar