UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
PALMCO ADMINISTRATION, LLC,

                            Petitioner,                      23 CIVIL 7409 (VM)

        -against-                                      **JUDGMENT**

FLOWER PAYMENT, INC. (F/K/A FLOWER
POWER, INC. and FLOWER POWER CO. LTD.
JAPAN A/K/A FLOWER DENRYOKY KABUSHIKI
KAISHA),

                            Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Decision and Order dated March 06, 2025, the petition to confirm the non-domestic arbitration award filed by petitioner Palmco Administration, LLC ("Palmco") is GRANTED; it is further ORDERED that judgment against respondent Flower Payment, Inc. ("Flower Payment") is entered in the amounts of (1) $1,646,690.02 with $604,180.08 in interest plus post-award interest of $541.38 per day from December 10, 2022 to the date of payment in full of the Final Award ; (2) $350,275.11 in attorneys fees and costs in connection with the underlying arbitration; (3) $110,662.50 in arbitration fees and arbitrator compensation; and (4) $119,115 in attorneys' fees and costs in connection with bringing the instant petition; accordingly, the case is closed.

Dated: New York, New York
        March 6, 2025

                                                        TAMMI M. HELLWIG
                                                           Clerk of Court

                                            BY:
                                                           Deputy Clerk